UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

COLLIER COUNTY, a political
subdivision of the State of Florida

    Plaintiff,

v.                                          Case No: 2:17-cv-14-FtM-38CM

RTG, LLC,

    Defendants.
_____/

## ORDER[1]

Before the Court is United States Magistrate Judge Carol Mirando's Report and Recommendation. (Doc. 62). Judge Mirando recommends granting in part and denying in part Defendant RTG LLC's Motion for Attorneys' Fees (Doc. 55) and granting in part and denying in part Appellee RTG LLC's Motion for Attorneys Fees (Doc. 59). No party objects to the Report and Recommendation, and the time to do so has expired.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently, and upon considering Judge Mirando's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. 62) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) Defendant RTG LLC's Motion for Attorneys' Fees (Doc. 55) is **GRANTED in part and DENIED in part**. The Court awards RTG **$126,495.00** in attorneys' fees.

(3) Appellee RTG, LLC's Motion for Attorneys' Fees (Doc. 59) is **GRANTED in part and DENIED in part**. The Court awards RTG **$36,007.50** in attorneys' fees.

(4) The Clerk of Court is **DIRECTED** to enter an amended judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of October 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record